# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         : Case No. 16-70489-JAD
**Bobbi J. Farmery,**                    :
                                         : Chapter 13
      **Debtor**    :
                                         :
                                         :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of October, 2016, a true and correct copy of the Order dated October 18, 2016, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    SHENGGAO HAN MD, LLC
    625 RUSTIC LODGE ROAD, SUITE B
    INDIANA, PA 15701

    BOBBI J. FARMERY
    112 HEMLOCK LAKE ROAD
    ROSSITER, PA 15772

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>October 19, 2016</u>

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor