| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Bobbi J. Farmery |
| Debtor 2 | |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA (Johnstown) | |
| Case number | 16-70489 |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Mortgage Loan Asset Backed Notes, Series 2000-3

**Last 4 digits** of any number you use to identify the debtor's account: 0225

**Court claim no.** (if known): 

**Date of payment change:** 07/03/2017
Must be at least 21 days after date of this notice

**New total payment:** $806.86
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $0.02        New escrow payment: $115.20

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate:                          New interest rate:
Current principal and interest payment:         New principal and interest payment:

Official Form 410S1                Notice of Mortgage Payment Change                page 1

207769-18379a79-d87e-4c10-bb17-11429ff888b6-

| Debtor 1 | Bobbi J. Farmery | Case number (if known) | 16-70489 |
|---|---|---|---|

# Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:
☐  I am the creditor.
☑  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Olga Muyinda          Date 05/17/2017
Vice President

Print: Olga Muyinda          Title: Vice President

Company: JPMorgan Chase Bank, N.A.
Address: Chase Records Center  Attn: Correspondence Mail
Mail Code LA4-5555  700 Kansas Lane
Monroe, LA 71203

Specific Contact Information:
Phone: 866-243-5851
Email: olga.m.muyinda@jpmorgan.com

## UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

Chapter 13 No. 16-70489

In re:  
Judge: Judge Jeffery A. Deller

Bobbi J. Farmery

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served via filing with the US Bankruptcy Court's CM ECF system on May 19, 2017 and/or by providing a copy of this document to a vendor on May 19, 2017 for mailing the same day by U.S. Postal Service First Class Mail Postage Prepaid to:

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid:

Bobbi J. Farmery  
112 Hemlock Lake Road  
Rossiter, PA 15772

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid:

Kenneth P. Seitz  
Law Offices of Kenny P. Seitz  
P.O. Box 211  
Ligonier, PA 15658

Trustee:  By U.S. Postal Service First Class Mail Postage Prepaid:

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

/s/ Olga Muyinda

Vice President

207769-18379a79-d87e-4c10-bb17-11429ff888b6-



| | |
|---|---|
| Customer Service Center | 1-800-848-9136 |
| Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |

00467 EWA  Z 11517 C -   ESU
BOBBI J FARMERY
DENNIS R FARMERY
112 HEMLOCK LAKE RD
ROSSITER, PA    15772-6601

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 04/25/2017 |
| Review Period | 07/2016 to 06/2017 |
| **Escrow Surplus** | **$1,500.06** |

**Important Message**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 07/03/2017 |
|---|---|---|
| Principal & Interest | $691.66 | $691.66 |
| Escrow Account Deposit | $0.02 | $115.20 |
| **Total Payment Amount** | **$691.68** | **$806.86** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary

**Your escrow surplus of $1,500.06 will stay in your account.**

Your escrow account statement shows $1,500.06 more than was needed to pay your taxes and/or insurance. Because you have one or more past-due payments, the surplus will remain in your escrow account. If you bring your account current within 30 days of this statement, we will review your escrow account again. Any surplus at that time will be returned to you. If you bring your account current after the 30 days, please contact the Customer Service Center to request a new escrow review. Your monthly payment will be $806.86 starting 07/03/17.

Keep this statement for your records.



## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if there is a surplus in your account.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-10,333.05 | Your estimated lowest account balance for ▮ |
| **$1,500.06** | **Your escrow account surplus** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.



## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $691.68. Your mortgage payment includes principal and interest $691.66 and escrow money $0.02.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-11,487.17.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: July 2016 to June 2017

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $919.03 | $-10,104.87 |
| 07/2016 | Deposit | $192.11 | $0.00 | * | $1,111.14 | $-10,104.87 |
| 08/2016 | Deposit<br>Withdrawal - TOWNSHIP TAX | $192.11 | $0.00<br>$605.62 | *<br>* | $1,303.25 | $-10,710.49 |
| 09/2016 | Deposit<br>Withdrawal - SCHOOL TAX | $192.11<br>$1,495.36 | $0.06<br>$776.74 | *<br>* | $0.00 | $-11,487.17 |
| 10/2016 | Deposit | $192.11 | $0.00 | * | $192.11 | $-11,487.17 |
| 11/2016 | Deposit | $192.11 | $0.00 | * | $384.22 | $-11,487.17 |
| 12/2016 | Deposit | $192.11 | $0.00 | * | $576.33 | $-11,487.17 |
| 01/2017 | Deposit | $192.11 | $0.00 | * | $768.44 | $-11,487.17 |
| 02/2017 | Deposit | $192.11 | $0.14 | * | $960.55 | $-11,487.03 |
| 03/2017 | Deposit | $192.11 | $0.02 | * | $1,152.66 | $-11,487.01 |
| 04/2017 | Deposit<br>Withdrawal - TOWNSHIP TAX | $192.11<br>$810.03 | $1,921.70<br>$605.62 | E<br>E | $534.74 | $-10,170.93 |
| 05/2017 | Deposit | $192.11 | $192.11 | E | $726.85 | $-9,978.82 |
| 06/2017 | Deposit | $192.11 | $192.11 | E | $918.96 | $-9,786.71 |
| | Total Deposits | $2,305.32 | $2,306.14 | | | |
| | Total Withdrawals | $2,305.39 | $1,987.98 | | | |
| | Account Balance as of 06/2017 | | | | | $-9,786.71 |



00467  Page 3 of 6

Escrow Tax and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 04/25/2017 |
| Review Period | 07/2016 to 06/2017 |
| **Escrow Surplus** | **$1,500.06** |

00467 EWA  Z 11517 C -  ESU
BOBBI J FARMERY
DENNIS R FARMERY
112 HEMLOCK LAKE RD
ROSSITER, PA    15772-6601

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $115.20 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-10,333.05 in August 2017 (highlighted below). That is $1,500.06 more than your minimum required balance of $0.00.

### Next Year: July 2017 to June 2018

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $-9,786.71 |
| 07/2017 | Deposit | $115.20 | | $-9,671.51 | |
| 08/2017 | Deposit<br>Withdrawal - SCHOOL TAX | $115.20<br>$776.74 | | $-10,333.05 | |
| 09/2017 | Deposit | $115.20 | | $-10,217.85 | |
| 10/2017 | Deposit | $115.20 | | $-10,102.65 | |
| 11/2017 | Deposit | $115.20 | | $-9,987.45 | |
| 12/2017 | Deposit | $115.20 | | $-9,872.25 | |
| 01/2018 | Deposit | $115.20 | | $-9,757.05 | |
| 02/2018 | Deposit | $115.20 | | $-9,641.85 | |
| 03/2018 | Deposit | $115.20 | | $-9,526.65 | |
| 04/2018 | Deposit<br>Withdrawal - TOWNSHIP TAX | $115.20<br>$605.62 | | $-10,017.07 | |
| 05/2018 | Deposit | $115.20 | | $-9,901.87 | |
| 06/2018 | Deposit | $115.20 | | $-9,786.67 | |
| | Total Estimated Deposits | $1,382.40 | | | |
| | Total Estimated Withdrawals | $1,382.36 | | | |
| | Estimated Account Balance as of June 2018 | | | $-9,786.67 | |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| SCHOOL TAX | $776.74 | August 17 | | | |
| TOWNSHIP TAX | $605.62 | April 18 | | | |

**Total Tax and Insurance Monthly Payment Amount = $115.20**



0000002 1824 170425 Page 2 of 3    00467



**This Page Intentionally Left Blank**

A QUICK GUIDE TO UNDERSTANDING YOUR

# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**
This section shows that your escrow account has a surplus.

**Escrow Surplus Check**
Your surplus check will be attached here. Please detach and cash it.

**Escrow Account History**
The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be.

**Expected Escrow Activity for Next Year**
We've calculated what we expect your escrow account balance will be for the coming year.

**Expected Escrow Payment for Next Year**
These are the tax and/or insurance amounts we expect to pay in the next 12 months, and when we expect to pay them. If you believe information is missing or incorrect, please call us at 1-800-848-9136.





## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**Why does my account have a surplus?**

Your account balance is higher than the minimum balance required, so we're refunding the difference. If your refund is more than $50, your check is attached. If it's less than $50, we'll credit your escrow account with your surplus.

We calculate next year's monthly escrow payment based on your tax and/or insurance payment amounts at the time your analysis is run. If your taxes and/or insurance change, your escrow payment may change, resulting in a shortage or surplus next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

## ESCROW RESOURCES

- View your annual Escrow Analysis online to see if your monthly mortgage payment is changing due to an increase or decrease in your property taxes and/or insurance at **chase.com/EscrowAnalysis.**

- For answers to more questions and to watch our informational video, visit **chase.com/Escrow.**

- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts.**

©2015 JPMorgan Chase & Co.                    58699-ESU-0215