Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bobbi J. Farmery** | : | Case No. 16−70489−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Mortgage Loan Asset Backed Notes, Series 2000−3 | : | Related to Claim No. N/A |
| *Movant,* | : | |
| v. | : | |
| Bobbi J. Farmery | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

  **AND NOW**, this **22nd day of May, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***U.S. Bank National Association*** at Claim No. N/A in the above−captioned bankruptcy case,

  It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

  (1) an ***AMENDED CHAPTER 13 PLAN;***

  (2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

  (3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

  *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                      Jeffery A. Deller
                      United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bobbi J. Farmery  
    Debtor

Case No. 16-70489-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lkat     Page 1 of 1     Date Rcvd: May 22, 2017  
                     Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.  
db         +Bobbi J. Farmery,    112 Hemlock Lake Road,    Rossiter, PA 15772-6601  
           JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,  
            Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA    71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,  
          successor in interest to Bank of America, National Association, as Indenture Trustee, successor  
          by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,  
          successor in interest to Bank of America, National Association, as Indenture Trustee, successor  
          by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com  
         Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 5