**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70489-JAD |
|     Bobbi J. Farmery, | : | |
|                   Debtor | : | Chapter 13 |
|     Bobbi J. Farmery, | : | |
|                   Movant | : | |
|           v. | : | |
| U.S. Bank National Association, | : | |
| as Indenture Trustee, successor in | : | |
| interest to Bank of America | : | |
| National Association, as Indenture | : | |
| Trustee, successor by merger to | : | |
| LaSalle Bank National Association, | : | |
| as Indenture Trustee for AFC | : | |
| Mortgage Loan Asset Backed | : | |
| Notes, Series 2000-3, | : | |
|                   Respondent | : | |

**CERTIFICATE OF SERVICE OF OBJECTION TO U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE SUCCESSOR BY MERGER TO LaSALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR AFC MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2000-3 MORTGAGE PAYMENT CHANGE DATED MAY 17, 2017**

     I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, a copy of the above Objection with Exhibits dated June 6, 2017, along with a copy of the Order dated June 7, 2017, herewith upon each of the following persons and parties in interest at the addresses on the attached matrix by first class mail.

EXECUTED ON: <u>June 8, 2017</u>               <u>/s/ Jessica L. Tighe</u>
                                                                        Jessica L. Tighe, Legal Assistant
                                                                        Law Offices of Kenny P. Seitz
                                                                        P.O. Box 211
                                                                        Ligonier, PA 15658
                                                                        Tel: 814.536.7470
                                                                        Fax: 814.536.9924

## MATRIX OF PARTIES SERVED

JPMorgan Chase Bank, N.A.
Attn: Olga Muyinda, Vice President
Chase Records Center Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Standing Chapter 13 Trustee
Suite 3250 Usx Tower
600 Grant Street
Pittsburgh, PA  15219

Bobbi J. Farmery
112 Hemlock Lake Road
Rossiter, PA 15772