IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BOBBI J. FARMERY, : Bankruptcy No. 16-70489JAD
:
: Doc. # 51
:
Debtor(s). : Chapter 13
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX:

## ORDER

AND NOW, this **20th** day of **July, 2017**, regarding the *Debtor's Objection To U.S. Bank N.A. et al, Mortgage Payment Change* filed at **Doc. #51**,

IT IS HEREBY ORDERED THAT the hearing on said matter **IS RESCHEDULED to August 1, 2017**, at **10:00 AM** in **Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901**. *

sjk

JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL COPY TO:

Debtor
Debtor's Counsel
Counsel for U.S. Bank, N.A.
Chapter 13 Trustee
Office of U.S. Trustee

FILED
7/20/17 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00021524

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 16-70489-JAD
Bobbi J. Farmery                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz               Page 1 of 1        Date Rcvd: Jul 20, 2017
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db             +Bobbi J. Farmery,   112 Hemlock Lake Road,   Rossiter, PA 15772-6601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5