**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70489-JAD |
| Bobbi J. Farmery, | : | |
| Debtor | : | Chapter 13 |
| Bobbi J. Farmery, | : | |
| Movant | : | Docket No. 51 |
| v. | : | |
| U.S. Bank National Association, | : | |
| as Indenture Trustee, successor in | : | |
| interest to Bank of America | : | |
| National Association, as Indenture | : | |
| Trustee, successor by merger to | : | |
| LaSalle Bank National Association, | : | |
| as Indenture Trustee for AFC | : | |
| Mortgage Loan Asset Backed | : | |
| Notes, Series 2000-3, | : | |
| Respondent | : | |

## ORDER

AND NOW, this __26th__ day of __July__, 2017, upon consideration of the Objection to U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Mortgage Loan Asset Backed Notes, Series 2000-3,'s Mortgage Payment Change Notice dated May 17, 2017 it is hereby ORDERED and DECREED as follows:

1. The payment change notice and monthly payment change as stated in the mortgage payment change notification dated May 17, 2017, by U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Mortgage Loan Asset Backed Notes, Series 2000-3, is Disallowed.

2. The monthly payment to U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Mortgage Loan Asset Backed Notes, Series 2000-3, shall remain the same until further Order of Court.

BY THE COURT:

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
7/26/17 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 16-70489-JAD
Bobbi J. Farmery                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lkat                Page 1 of 1         Date Rcvd: Jul 26, 2017
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db             +Bobbi J. Farmery,    112 Hemlock Lake Road,    Rossiter, PA 15772-6601
                JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA   71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5