**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BOBBI J. FARMERY

Case No. 16-70489JAD

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
        Movant

Chapter 13

        vs.

Document No __

CHASE

        Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 0225.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CHASE
PO BOX 24696
COLUMBUS,OH 43224

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

The Chapter 13 Trustee's CID Records of CHASE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/7/2017.

cc:    Debtor
        Original creditor
        Putative creditor
        Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
BOBBI J. FARMERY, 112 HEMLOCK
LAKE ROAD, ROSSITER, PA  15772


:
JPMORGAN CHASE BANK NA, ATTN
CORRESPONDENCE MAIL MC
LA-4-5555, 700 KANSAS LN,
MONROE, LA  71203

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML
LAW GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

ORIGINAL CREDITOR:
CHASE, PO BOX 24696, COLUMBUS,
OH  43224