## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-70489-JAD |
|     Bobbi J. Farmery | : Chapter 13 |
|         Debtor/Respondent | : |
| | |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 | : |
|         Movant | : |
|     vs. | : |
| Bobbi J. Farmery | : |
|         Debtor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

### CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esquire certify that service upon all interested parties, as indicated below, was made by sending a true and correct copy of the Transfer of Claim on the date/manner as indicated below:

| | |
|---|---|
| Kenneth P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Via First Class Mail:<br>*Attorney for Debtor* | Bobbi J. Farmery<br>112 Hemlock Lake Road<br>Rossiter, PA 15772<br>Via First Class Mail<br>*Debtor* |

Ronda J. Winnecour, Esquire
Via ECF:
*Trustee*

Dates: 12/05/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Bobbi J. Farmery ,    Case No.  16-70489-JAD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3
_____
Name of Transferee

JP Morgan Chase
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Select Portfolio Servicing, Inc.
PO Box 65250 Salt Lake City, UT. 84165-0250

Court Claim # (if known):  n/a**
Amount of Claim:  $39,000.00
Date Claim Filed:  _____

Phone:  800-258-8602
Last Four Digits of Acct #:  2871

Phone:  _____
Last Four Digits of Acct. #:  0225

Name and Address where transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PPO Box 65450, Salt Lake City, UT. 84165-0450

**Trustee Claim #1, 14

Phone:  800-258-8602
Last Four Digits of Acct #:  2871

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Danielle Boyle-Ebersole, Esquire         Date: 12/05/2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.