**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-70489-JAD |
|    Bobbi J. Farmery | : Chapter 13 |
|             Debtor/Respondent | : |
| | : |
| | : |
| Select Portfolio Servicing, Inc., as servicing | : |
| agent for U.S. Bank, National Association, as | : |
| Indenture Trustee for the AFC Mortgage Loan | : |
| Asset Backed Notes, Series 2000-3 | : |
|             Movant | : |
| | : |
|       vs. | : |
| | : |
| Bobbi J. Farmery | : |
| | : |
|            Debtor/Respondent | : |
| | : |
|     and | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
|             Trustee/Respondent | : |

## NOTICE OF TRANSFER OF CLAIM – NO PROOF OF CLAIM FILED

Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 hereby notifies the court that it has assumed the Claim of JP Morgan Chase, listed on the Trustee Ledger as Claims #1 and #14.

As no Proof of Claim was filed by JP Morgan Chase, let this Notice serve as the Transfer of Claim.

Please send all payments to:

**Select Portfolio Servicing, Inc.**
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Please send notices to:

**Select Portfolio Servicing, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250

Respectfully Submitted,

Dated: 12/08/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-70489-JAD |
|    Bobbi J. Farmery | : Chapter 13 |
|          Debtor/Respondent | : |
| | : |
| | : |
| Select Portfolio Servicing, Inc., as servicing | : |
| agent for U.S. Bank, National Association, as | : |
| Indenture Trustee for the AFC Mortgage Loan | : |
| Asset Backed Notes, Series 2000-3 | : |
|          Movant | : |
| | : |
|     vs. | : |
| | : |
| Bobbi J. Farmery | : |
| | : |
|          Debtor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|          Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esquire certify that service upon all interested parties, as indicated below, was made by sending a true and correct copy of the **Notice of Transfer of Claim – No Proof of Claim Filed** on the date/manner as indicated below:

Kenneth P. Seitz
Via ECF:
*Attorney for Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
*Trustee*

Bobbi J. Farmery
112 Hemlock Lake Road
Rossiter, PA 15772
Via First Class Mail
*Debtor*

Dates: 12/08/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com