**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 16-70489-JAD
### Chapter 13

In re: Debtor(s) (including Name and Address)

Bobbi J. Farmery
112 Hemlock Lake Road
Rossiter PA 15772

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/14/2017.

Name and Address of Alleged Transferor(s):

Claim No. : Chase, Po Box 24696, Columbus, OH 43224

Name and Address of Transferee:

Select Portfolio Servicing, Inc.,
as servicing agent for U.S. Bank,
National Association, et al.
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT. 84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/17/17

Michael R. Rhodes

**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70489-JAD
Bobbi J. Farmery                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil            Page 1 of 1          Date Rcvd: Dec 15, 2017
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
14252309        +Chase,    Po Box 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank, National Association et al. c/o
          Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
          successor in interest to Bank of America, National Association, as Indenture Trustee, successor
          by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
          successor in interest to Bank of America, National Association, as Indenture Trustee, successor
          by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6