IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70489-JAD |
| Bobbi J. Farmery, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Bobbi J. Farmery, | : | Docket No. 75 |
| Movant | : | |
| | : | Filed Under Local Bankruptcy |
| vs. | : | Rule 9013.4 Para. 6(c) |
| | : | |
| University Ear, Nose & Throat Specialists | : | |
| 119 Professional Center | : | |
| 1265 Wayne Avenue, Suite 100 | : | |
| Indiana, PA 15701 | : | |
| Respondent | : | FILED |
| and | : | 8/10/18 12:23 pm |
| | : | CLERK |
| Ronda J. Winnecour, Esquire, | : | U.S. BANKRUPTCY |
| Chapter 13 Trustee, | : | COURT - WDPA |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-0719 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the University Ear, Nose & Throat Specialists, 119 Professional Center, 1265 Wayne Avenue, Suite 100, Indiana, PA 15701 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this  10th  day of  August , 2018.

jsf

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                     Case No. 16-70489-JAD
Bobbi J. Farmery                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1             Date Rcvd: Aug 10, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db             +Bobbi J. Farmery,    112 Hemlock Lake Road,    Rossiter, PA 15772-6601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank, National Association et al. c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6