# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-70489-JAD |
| Bobbi J. Farmery, | : |
| | : Chapter 13 |
| Debtor | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of August, 2018, a true and correct copy of the Order dated August 10, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

UNIVERSITY EAR, NOSE & THROAT SPECIALISTS
119 PROFESSIONAL CENTER
1265 WAYNE AVENUE, SUITE 100
INDIANA, PA 15701

BOBBI J. FARMERY
112 HEMLOCK LAKE ROAD
ROSSITER, PA 15772

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: August 13, 2018

Respectfully submitted,
　/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor