**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bobbi J. Farmery**
Debtor(s)

Bankruptcy Case No.: 16−70489−JAD
Doc. #84
Chapter: 13
Docket No.: 85 − 84
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bobbi J. Farmery  
    Debtor

Case No. 16-70489-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0315-7           User: skoz                  Page 1 of 2                  Date Rcvd: Aug 13, 2020
                               Form ID: 410                Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Bobbi J. Farmery,    112 Hemlock Lake Road,    Rossiter, PA 15772-6601
14252311       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14252312       +KML Law Group, P.C.,    c/o Salvatore Filippello, Esquire,
                 Suite 500-BNY Mellon Independence Center,    701 Market Street,    Philadelphia, PA 19106-1538
14252313       +Metris Companies, Inc.,    10900 Wayzata Blvd.,    Hopkins, MN 55305-5602
14252317       +PDL Recovery Services,    7804 Fairview Road, Suite 285,    Charlotte, NC 28226-4998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14252308       +E-mail/Text: EBNProcessing@afni.com Aug 14 2020 04:14:17      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14288230        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 04:15:52
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14252310       +E-mail/Text: electronicbkydocs@nelnet.net Aug 14 2020 04:14:13       Dept Of Education/Neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
14252309        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 04:16:05       Chase,    Po Box 24696,
                 Columbus, OH 43224
14252314       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 04:14:05       Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14252315       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 04:14:05       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14745370        E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2020 04:14:46
                 Select Portfolio Servicing, Inc.,,    as servicing agent for U.S. Bank,,
                 National Association, et al.,    Select Portfolio Servicing, Inc.,    PO Box 65250,
                 Salt Lake City, UT. 84165-0250
14260470       +E-mail/Text: electronicbkydocs@nelnet.net Aug 14 2020 04:14:13
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
14252318        E-mail/Text: bankruptcy@uscbcorporation.com Aug 14 2020 04:13:27       Uscb Corporation,
                 101 Harrison St,    Archbald, PA 18403
14252319       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 04:13:24
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             U.S. Bank National Association, as Indenture Trust
cr             U.S. Bank, National Association et al. c/o Select
cr             U.S. Bank, National Association, as Indenture Trus
14252316      ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                   TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank, National Association, as Indenture
           Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 c/o Select Portfolio
           Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank, National Association et al. c/o
           Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
```

```
District/off: 0315-7              User: skoz               Page 2 of 2                  Date Rcvd: Aug 13, 2020
                                  Form ID: 410             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com

        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com

        Kenneth P. Seitz    on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 7