# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: BOBBI J. FARMERY
- Case Number: 16-70489-JAD   Chapter: 13
- Date / Time / Room: THURSDAY, NOVEMBER 12, 2020 09:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

- Trustee's Certificate of Default to Dismiss H, Aff Fld?
- Response filed 9/3/2020 by Debtor @ Doc. #87
- R / M #: 84 / 0

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
Creditor:

FILED
11/12/20 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _75 mos_, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. __✓__ Other:   COD resolved by attached order

11/3/2020  1:07:38PM