UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>BOBBI J. FARMERY<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>BOBBI J. FARMERY<br><br>Respondent(s) | Case No. 16-70489JAD<br>Chapter 13<br><br>Related to Document No. 84 |

### ORDER

AND NOW, this __12th__ day of __November__, 20__20__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

   (1) the time deadline provided by state law; or

   (2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of 75 months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

Dated: _____11/12/2020_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Page 2 of 2

FILED
11/12/20 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70489-JAD |
| Bobbi J. Farmery | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbi J. Farmery, 112 Hemlock Lake Road, Rossiter, PA 15772-6601 |
| 14252311 | + | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14252312 | + | KML Law Group, P.C., c/o Salvatore Filippello, Esquire, Suite 500-BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14252313 | + | Metris Companies, Inc., 10900 Wayzata Blvd., Hopkins, MN 55305-5602 |
| 14252316 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14252317 | + | PDL Recovery Services, 7804 Fairview Road, Suite 285, Charlotte, NC 28226-4998 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14252308 | + | Email/Text: EBNProcessing@afni.com | Nov 13 2020 04:26:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14288230 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 13 2020 04:07:43 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14252310 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 13 2020 04:26:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14252309 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 04:05:55 | Chase, Po Box 24696, Columbus, OH 43224 |
| 14252314 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2020 04:26:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14252315 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2020 04:26:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14745370 | | Email/Text: jennifer.chacon@spservicing.com | Nov 13 2020 04:26:00 | Select Portfolio Servicing, Inc.,, as servicing agent for U.S. Bank,, National Association, et al., Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14260470 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 13 2020 04:26:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14252318 | | Email/Text: bankruptcy@uscbcorporation.com | Nov 13 2020 04:25:00 | Uscb Corporation, 101 Harrison St, Archbald, PA 18403 |
| 14252319 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 13 2020 04:24:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |

| District/off: 0315-7 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 16 |

| | |
|---|---|
| cr | U.S. Bank National Association, as Indenture Trust |
| cr | U.S. Bank, National Association et al. c/o Select |
| cr | U.S. Bank, National Association, as Indenture Trus |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association  as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
     on behalf of Creditor U.S. Bank  National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com

Danielle Boyle-Ebersole
     on behalf of Creditor U.S. Bank  National Association et al. c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com

Joshua I. Goldman
     on behalf of Creditor U.S. Bank National Association  as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com

Kenneth P. Seitz
     on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 7