**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 16-70489-JAD** |
| **Bobbi J. Farmery,** | : | |
| | : | **Chapter 13** |
| **Debtor** | : | |
| | : | |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of November, 2020, a true and correct copy of the Order dated November 13, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

WRC IN HOME SOLUTIONS
298 MAIN STREET
BROOKVILLE, PA 15825

BOBBI J. FARMERY
112 HEMLOCK LAKE ROAD
ROSSITER, PA 15772

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 16, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470