# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : Case No. 16-70489-JAD
    **Bobbi J. Farmery,**           :
                                      : Chapter 13
        **Debtor**         :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of September, 2021, a true and correct copy of the Order dated September 8, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    BROOKSIDE SENIOR LIVING CENTER
    49 BROOKSIDE LANE
    BROOKVILLE, PA 15825

    BOBBI J. FARMERY
    112 HEMLOCK LAKE ROAD
    ROSSITER, PA 15772

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 9, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470