# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Case No. 16-70489-JAD** |
| **Bobbi J. Farmery,** | : | |
| | Debtor | : | **Chapter 13** |
| | : | |
| **Bobbi J. Farmery,** | : | Related to **Docket No.** 108 |
| | Movant | : | |
| | : | **Filed Under Local Bankruptcy** |
| | vs. | : | **Rule 9013.4 Para. 6(c)** |
| | : | |
| **Brookside Senior Living Center** | : | |
| **49 Brookside Lane** | : | |
| **Brookville, PA 15825** | : | |
| | Respondent | : | |
| | and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| | Additional Respondent | : | |
| | : | |
| **Social Security No. xxx-xx-0719** | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Brookside Senior Living Center, 49 Brookside Lane, Brookville, PA 15825 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __28th__ day of ___April___, 2022.

Jeffery A. Deller
United States Bankruptcy Judge

FILED
4/28/22 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-70489-JAD
Bobbi J. Farmery                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                Page 1 of 2
Date Rcvd: Apr 28, 2022                       Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

**Recip ID**        **Recipient Name and Address**
db          +  Bobbi J. Farmery, 112 Hemlock Lake Road, Rossiter, PA 15772-6601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
    on behalf of Creditor U.S. Bank  National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Danielle Boyle-Ebersole
    on behalf of Creditor U.S. Bank  National Association et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Joshua I. Goldman
    on behalf of Creditor U.S. Bank National Association  as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth P. Seitz

                        on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 7