# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70489-JAD |
| Bobbi J. Farmery, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of May, 2022, a true and correct copy of the Stipulated Order Modifying Plan dated April 28, 2022, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

EXECUTED ON: May 2, 2022

/s/ Jessica L. Tighe
Jessica L. Tighe, Legal Asst.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536.7470
Fax: 814.536.9924

---

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70489-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Aug 1 10:02:44 EDT 2018 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | KML Law Group, P.C.<br>c/o Salvatore Filippello, Esquire<br>Suite 500-BNY Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1538 | Metris Companies, Inc.<br>10900 Wayzata Blvd.<br>Hopkins, MN 55305-5602 |
| Midland Credit Management, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | PDL Recovery Services<br>7804 Fairview Road, Suite 285<br>Charlotte, NC 28226-4998 | Select Portfolio Servicing, Inc.,<br>as servicing agent for U.S. Bank,<br>National Association, et al.<br>Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT. 84165-0250 |
| U.S. Department of Education C/O Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508-1911 | Uscb Corporation<br>101 Harrison St<br>Archbald, PA 18403-1961 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Bobbi J. Farmery<br>112 Hemlock Lake Road<br>Rossiter, PA 15772-6601 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMORGAN CHASE BANK, N.A.        (u)U.S. Bank National Association, as Indentu        (u)U.S. Bank, National Association et al. c/o

End of Label Matrix
Mailable recipients    20
Bypassed recipients     3
Total                  23