Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bobbi J. Farmery**
Debtor(s)

Bankruptcy Case No.: 16−70489−JAD

Chapter: 13
Docket No.: 117 − 116

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this The 29th of June, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/22/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/31/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/22/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70489-JAD |
| Bobbi J. Farmery | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: 408 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbi J. Farmery, 112 Hemlock Lake Road, Rossiter, PA 15772-6601 |
| 14252312 | + | KML Law Group, P.C., c/o Salvatore Filippello, Esquire, Suite 500-BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14252316 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14252317 | + | PDL Recovery Services, 7804 Fairview Road, Suite 285, Charlotte, NC 28226-4998 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14252308 | + | Email/Text: EBNProcessing@afni.com | Jun 29 2022 23:47:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14288230 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:20 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14252310 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 29 2022 23:47:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14252311 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 29 2022 23:47:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14252309 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 23:59:12 | Chase, Po Box 24696, Columbus, OH 43224 |
| 14252313 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 29 2022 23:47:00 | Metris Companies, Inc., 10900 Wayzata Blvd., Hopkins, MN 55305-5602 |
| 14252314 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14252315 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14745370 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 23:47:00 | Select Portfolio Servicing, Inc.,, as servicing agent for U.S. Bank,, National Association, et al., Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14260470 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 29 2022 23:47:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14252318 | | Email/Text: bankruptcy@uscbcorporation.com | Jun 29 2022 23:47:00 | Uscb Corporation, 101 Harrison St, Archbald, PA 18403 |
| 14252319 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 23:47:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | | U.S. Bank, National Association et al. c/o Select |
| cr | | U.S. Bank, National Association, as Indenture Trus |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Bobbi J. Farmery thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7